IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
(LEXINGTON DIVISION)

MELISSA K. BOWLING                                                                       PLAINTIFF

                                                                    Case No. 5:16-CV-00436-KKC

TIDEWATER FINANCE COMPANY et al.                                         DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, Melissa K. Bowling, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of her claims against Defendant, Tidewater Finance Company with prejudice.  Plaintiff and Tidewater Finance Company each bear their own costs and attorneys' fees.

                                                            Respectfully submitted,

                                                            /s/David W. Hemminger
                                                            HEMMINGER LAW OFFICE, PSC
                                                            616 South Fifth Street
                                                            Louisville, KY 40202
                                                            (502) 443-1060
                                                            hemmingerlawoffice@gmail.com
                                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                            */s/David W. Hemminger*
                                                            David W. Hemminger